```
                                                    FILED IN THE
                                                 U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF WASHINGTON

                                                  Jan 31, 2018
                                                  SEAN F. McAVOY, CLERK
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD ROSCOE HEVEWAH, | No. 4:17-CV-05116-EFS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING-FEE REQUIREMENTS** |
| SPOKANE COUNTY and RAYMOND L. CAMPBELL, | |
| Defendants. | |

By Order filed December 4, 2017, the Court instructed Mr. Hevewah to comply with the filing-fee requirements by submitting a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint. *See* ECF No. 5. In addition, Mr. Hevewah was instructed to complete and submit an Acknowledgment and Authorization of his obligation as a prisoner to pay the filing fee under 28 U.S.C. § 1915(b). In the alternative, Mr. Hevewah was directed to pay the $400.00 to commence this action under 28 U.S.C. § 1914.

Although the Court cautioned Mr. Hevewah that failure to comply with the Court's directive would result in the closure of this file, he has filed nothing further in this action.

/

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING-FEE
REQUIREMENTS -- 1

Accordingly, for the reasons set forth above and in the Court's prior Order, **IT IS HEREBY ORDERED**:

1. This action is hereby **DISMISSED** without prejudice for failure to comply with the statutory requirements of 28 U.S.C. §§ 1914 and 1915.
2. The Clerk's Office is directed to **ENTER** judgment of dismissal without prejudice and **CLOSE** the file.
3. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and provide copies to Plaintiff at his last known address.

DATE this 30th day of January, 2018.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2017\17cv5116efs-1-22-Dis1914.docx

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING-FEE REQUIREMENTS -- 2